1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316
5
   Attorneys for Defendant
6
7              IN THE UNITED STATES DISTRICT COURT FOR THE
8                      EASTERN DISTRICT OF CALIFORNIA

9  CECELIA GARZA,                  )    1:04-cv-6291 AWI LJO
                                   )
10            Plaintiff,            )    STIPULATION AND ORDER
                                   )    TO EXTEND TIME
11                                 )
          v.                       )
12                                 )
   JO ANNE B. BARNHART,            )
   Commissioner of Social          )
13 Security,                       )
                                   )
14            Defendant.           )
   _____ )
15
16      The parties, through their respective counsel, stipulate
17 that defendant's time to respond to plaintiff's opening brief be
18 extended from August 8, 2005 to September 7, 2005.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26

1

1  This is defendant's first request for an extension of time
2 to respond to plaintiff's opening brief.
3  Defendant requests the additional time to further review the
4 file and prepare a response in this matter.

                                        Respectfully submitted,

Dated: July 22, 2005              /s/ Gina M. Fazio
                                  (As authorized via facsimile)
                                  GINA M. FAZIO
                                  Attorney for Plaintiff


Dated: July 22, 2005              McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Kristi C. Kapetan
                                  KRISTI C. KAPETAN
                                  Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   July 26, 2005**              **/s/ Lawrence J. O'Neill**
b9ed48                            UNITED STATES MAGISTRATE JUDGE